FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
1/16/2015 10:42:20 PM
CATHY S. LUSK
Clerk

**TRIAL COURT OFFICIAL'S**

**REQUEST FOR EXTENSION OF TIME TO FILE RECORD**

Court of Appeals No. (If known):

Trial Court Style:  241-1215-13, State of Texas v. Timothy Choice

Trial Court & County:  241st Judicial District Court

Date Court Reporter's Record Originally Due: 1-16-15

Anticipated Number of Pages of Record:  700

I am responsible for preparing a record in this appeal but I am unable to file the record by the original date for the following reason/s:

__ to the best of my knowledge, the Appellant has made no claim of indigence and has failed to either pay the required fee or to make arrangements to pay the fee for preparing the record

 x   my duties listed below preclude working on this record:

   State of Texas v. James Calvert

 x_  other (explain)  I had to move my mother in with me over the holidays.  She has a lot of health problems and it has been a difficult time getting her moved and settled in.

I anticipate this record will be completed and forwarded to the 12th Court of Appeals by February 6,  2015, and I **hereby request an additional 21 days** within which to prepare it.  TEX. R. APP. 37.3.

In compliance with TEX. R. APP. P. 9.5(e), I certify that a copy of this notice has been served on counsel for all parties to the trial Court's judgment or order being appealed.  I further certify by my signature below that the information contained in this notice is true and within my personal knowledge.

 1-16-15 _____/s/Christy Humphries_____

Date                       Signature

903.590.1636              chumphries@smith-county.com

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

***Certificate requirements.*** A certificate of service must be signed by the person who made the service and must state:

(1) the date and manner of service , (2) the name and addresses of each person served; and (3) if the person served is a party's attorney, the name of the party represented by the attorney.

The following parties have been served with a copy of this document:

Mr. A. Reeve Jackson

112 E. Line St., Ste. 310

Tyler, TX  75702

Attorney for Appellant

(sent via email)


Mr. Mike West

100 N. Broadway, Fourth Floor

Tyler, TX  75702

Attorney for the State of Texas

(sent via email)

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)